UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20412-CR-MIDDLEBROOKS(s)

FILED BY \_\_\_W\_\_\_ D.C.

FEB - 7 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant or until further order of this court, excepting the United States Attorney's Office, which may obtain copies of any indictment, arrest warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause, for the reason that the named defendants may flee and/or their arrest may be made unnecessarily complicated should knowledge of this indictment become public.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *[signature]*

RICHARD E. GETCHELL
ASSIST. UNITED STATES ATTORNEY
FLA. BAR NO. 817643
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9281
(305) 536-7213 (fax)