UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20412-CR-MIDDLEBROOKS(s)
21 U.S.C. § 963
21 U.S.C. § 853

FILED BY ___ D.C.
FEB -7 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

RAMON ANTONIO DEL ROSARIO PUENTE,
    a/k/a Tono Lena,"
JEIFRY DEL ROSARIO GAUTIER,
DARYS JOSE BAEZ MELO, and
CESAR EMILIO PERALTA,
    a/k/a "El Abusador,"
    a/k/a "Patron,"
    a/k/a "Cabezon,"
    a/k/a "GASELA3,"

    Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning at least as early as in or around January 2015, the exact date being unknown to the Grand Jury, and continuing to the date of this Indictment, in the countries of the Dominican Republic, Colombia, and elsewhere, the defendants,

RAMON ANTONIO DEL ROSARIO PUENTE,
    a/k/a Tono Lena,"
JEIFRY DEL ROSARIO GAUTIER,
DARYS JOSE BAEZ MELO, and
CESAR EMILIO PERALTA,
    a/k/a "El Abusador,"
    a/k/a "Patron,"
    a/k/a "Cabezon,"

a/k/a "GASELA3,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be lawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

The controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to the defendants, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B).

## **FORFEITURE ALLEGATIONS**

1. The allegations of this Superseding Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **RAMON ANTONIO DEL ROSARIO PUENTE, a/k/a Tono Lena," JEIFRY DEL ROSARIO GAUTIER, DARYS JOSE BAEZ MELO, and CESAR EMILIO PERALTA, a/k/a "El Abusador," a/k/a "Patron," a/k/a "Cabezon," a/k/a "GASELA3,"** have an interest.

2. Upon conviction of the violation alleged in this Superseding Indictment, the defendants shall each forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property that was used or intended to be used, in any manner or part, to commit or to facilitate the commission of such

violation.

All pursuant to Title 21, United States Code, Sections 853 and 970, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA ORSHAN FAJARDO
UNITED STATES ATTORNEY

_____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 17-20412-CR-DMM(s) |
| vs. | |
| RAMON ANTONIO DEL ROSARIO PUENTE, et al., | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendants. / | Superseding Case Information: |

**Court Division**: (Select One)

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s)    Yes _X_  No ___
Number of New Defendants    1
Total number of counts    1

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _Yes_
   List language and/or dialect   _Spanish_

4. This case will take   _0-5_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                     (Check only one)
   I   0 to 5 days      _X_             Petty       ___
   II  6 to 10 days     ___             Minor       ___
   III 11 to 20 days    ___             Misdem.     ___
   IV  21 to 60 days    ___             Felony      _X_
   V   61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   _Yes_
   If yes:
   Judge: _MIDDLEBROOKS_       Case No. _17-20412-CR-MIDDLEBROOKS_
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _Yes_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

_____
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 817643

*Penalty Sheet(s) attached                                          REV 5/3/17

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **RAMON ANTONIO DEL ROSARIO PUENTE**

**Case No:** **17-20412-Cr-MIDDLEBROOKS(s)**

Count #: 1

Conspiracy to Distribute cocaine, knowing it would be imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** __JEIFRY DEL ROSARIO GAUTIER__

**Case No:** 17-20412-Cr-MIDDLEBROOKS(s)

Count #: 1

Conspiracy to Distribute cocaine, knowing it would be imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** __DARYS JOSE BAEZ MELO__

**Case No:** __17-20412-Cr-MIDDLEBROOKS(s)__

Count #: 1

Conspiracy to Distribute cocaine, knowing it would be imported into the United States

Title 21, United States Code, Section 963

**\*Max. Penalty:** Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>CESAR EMILIO PERALTA</u>

**Case No:** <u>17-20412-Cr-MIDDLEBROOKS(s)</u>

Count #: 1

<u>Conspiracy to Distribute cocaine, knowing it would be imported into the United States</u>

<u>Title 21, United States Code, Section 963</u>

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**