UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-20412-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CESAR EMILIO PERALTA and
JOSE JESUS TAPIA-PEREZ,

        Defendant(s).
_____/

### SEALED ORDER TRANSFERRING DEFENDANT TO FUGITIVE STATUS

The superseding indictment in this case was filed on February 7, 2019 and a second superseding indictment on April 11, 2019. It appearing to the court that the above-named defendant(s) is a fugitive from justice, it is therefore,

**ORDERED AND ADJUDGED** that the Clerk of Court shall remove this case from the Court's Pending Case List and shall place the defendant(s) on the Clerk's Fugitive Case List.

**DONE AND ORDERED** at West Palm Beach, Florida, this 15th day of May, 2019.

                                                    Donald M. Middlebrooks
                                                    United States District Judge

cc:      AUSA Kevin Quencer